UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

HILARIO GARCIA, *individually and on behalf of others similarly situated,*

                              *Plaintiffs,*

-against-

706 9TH AVE. LIQUORS, INC. (D/B/A LIBERTY FINE WINES & SPIRITS) and GUPREET SINGH AKA RICKY,

                              *Defendants.*

------------------------------------------------------------X

Civil Action No. **1:23-cv-02563**

**PLAINTIFF'S NOTICE OF ACCEPTANCE OF OFFER OF JUDGMENT**

To:    Gupreet Singh aka Ricky
        706 9th Avenue
        New York, NY 10019

PLEASE TAKE NOTICE that Plaintiff HILARIO GARCIA hereby accepts the offer of judgment made by Defendants 706 9TH AVE. LIQUORS, INC. (D/B/A LIBERTY FINE WINES & SPIRITS) and GUPREET SINGH AKA RICKY pursuant to Rule 68 of the Federal Rules of Civil Procedure, dated August 18, 2023. A true copy of the offer of judgment is annexed hereto as <u>Exhibit A</u>.

Dated: New York, New York
         August 29, 2023

                                                                   */s/ Jarret Bodo*
                                                                   Jarret Bodo
                                                                   CSM LEGAL, P.C.
                                                                   60 East 42nd Street, Suite 4510
                                                                   New York, NY 10165
                                                                   (212) 317-1200
                                                                   *Attorneys for Plaintiff*