UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

HILARIO GARCIA, *individually and on behalf of others similarly situated,*

              *Plaintiff*,

   -against-

706 9TH AVE. LIQUORS, INC. (D/B/A LIBERTY FINE WINES & SPIRITS) and GURPREET SINGH AKA RICKY,

              *Defendants.*

-----------------------------------------------------------------X

Docket No. **1:23-cv-02563**

**[Proposed Form Of] JUDGMENT**

## JUDGMENT

On _____ Plaintiff filed a notice of acceptance of offer of judgment pursuant to Rule 68 of the Federal Rules of Civil Procedure;

NOW, it is hereby ORDERED, ADJUDGED AND DECREED as follows:

That the Plaintiff, HILARIO GARCIA, have judgment against 706 9TH AVE. LIQUORS, INC. (D/B/A LIBERTY FINE WINES & SPIRITS) and GURPREET SINGH AKA RICKY, jointly and severally, in the amount of Fifteen Thousand Dollars and Zero Cents ($15,000.00), which is inclusive of attorneys' fees and costs.

Dated: _____, 2023

                                            _____
                                            EDGARDO RAMOS
                                            UNITED STATES DISTRICT JUDGE
                                            SOUTHERN DISTRICT OF NEW YORK