**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X

HILARIO GARCIA, *individually and on behalf of*
*others similarly situated,*

                            *Plaintiff,*

          -against-

706 9TH AVE. LIQUORS, INC. (D/B/A LIBERTY
FINE WINES & SPIRITS) and GURPREET SINGH
AKA RICKY,

                          *Defendants.*

-----------------------------------------------------------------X

Docket No. **1:23-cv-02563**

~~[Proposed Form Of]~~
**JUDGMENT**

## JUDGMENT

     On  8/30/23  Plaintiff filed a notice of acceptance of offer of judgment pursuant to Rule 68 of the Federal Rules of Civil Procedure;

     NOW, it is hereby ORDERED, ADJUDGED AND DECREED as follows:

     That the Plaintiff, HILARIO GARCIA, have judgment against 706 9TH AVE. LIQUORS, INC. (D/B/A LIBERTY FINE WINES & SPIRITS) and GURPREET SINGH AKA RICKY, jointly and severally, in the amount of Fifteen Thousand Dollars and Zero Cents ($15,000.00), which is inclusive of attorneys' fees and costs.

Dated:  August 30 , 2023

                                   _____

                                   EDGARDO RAMOS
                                   UNITED STATES DISTRICT JUDGE
                                   SOUTHERN DISTRICT OF NEW YORK